**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **CHAPTER 13** |
| | ) | |
| **JEFFREY KIM DOWDA,** | ) | **CASE NO: 19-50498-JRS** |
| | ) | |
| **Debtor.** | ) | |

**NOTICE OF HEARING**

    **PLEASE TAKE NOTICE** that the Debtor has filed a Motion to Impose the Automatic Stay with the Court.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Motion to Impose the Automatic Stay in Courtroom 1404, Richard B. Russell Federal Building and United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia, 30303 at 10:45 am, on the 29th day of January, 2019.

    Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive SW, Atlanta Georgia 30303.  You must also mail a copy of your response to the undersigned at the address stated below.

This the 10th day of January, 2019.    By:

                                                     _____/s/_____
                                                    Michael R. Rethinger
                                                    Georgia. Bar Number 301215
                                                    Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| JEFFREY KIM DOWDA, | ) | CASE NO: 19-50498-JRS |
| | ) | |
| **Debtor.** | ) | |

**MOTION TO IMPOSE AUTOMATIC STAY**

**COMES NOW**, **Jeffrey Kim Dowda,** the Debtor herein, (hereinafter "Movant") and files this Motion to Impose the Automatic Stay and Notice of Hearing pursuant to 11 U.S.C. § 362(c)(3)(A), respectfully showing as follows:

1.

Movant commenced the above Chapter 13 case by filing a voluntary petition on January 9, 2019.

2.

This Motion to Impose Stay is required pursuant to 11 U.S.C. § 362(c)(3) because, during the one-year period preceding the filing of the instant petition, Movant was a Debtor in two prior Chapter 13 cases: case number 18-59461-jrs, which was filed, on June 5, 2018 (the "1st Prior 13 Case") and was dismissed on July 9, 2018 ; and 18-62146-jrs, which was filed on July 23, 2018 (the "2nd Prior 13 Case") and was dismissed on December 18, 2018. The current case is not a case re-filed under a chapter other than a Chapter 13 following a prior case that was dismissed pursuant to 11 U.S.C. § 707(b).

3.

The current case was filed in a good-faith effort to successfully complete a repayment plan under Chapter 13 of the United States Bankruptcy Code and this current

case will not negatively affect the creditors to which extension of the stay is requested.

4.

Pursuant to 11 U.S.C. § 362(c)(4)(A)(i), there is no stay in place based on the prior filings.

5.

By virtue of 11 U.S.C. § 362(c)(4)(B) "the court may order the stay to take effect in the case as to any or all creditors (subject to such conditions or limitations as the court may then impose) after notice and a hearing if the party in interest demonstrates that the filing of the later case is in good faith as to the creditors to be stayed." The Debtor has had an increase in income, and a decrease in expenses which will allow him to make this Chapter 13 Plan feasible.

**WHEREFORE**, Movant seeks an Order from the Court, after notice and a hearing, finding that the current filing was made in good faith and imposing the automatic stay, without limitation, as to all creditors; and for such other relief as this Court may deem just and appropriate.

This the 10th day of January, 2019            By:

                                                              _____/S/_____
                                                              Michael R. Rethinger
                                                              Georgia Bar Number 301215
                                                              Attorney for Debtor

241 Mitchell Street, SW
Atlanta, GA  30303
(770) 922-0066
michael@rethingerlaw.com

## CERTIFICATE OF SERVICE

This is to certify that on this day I served the following parties with a copy of the Motion to Impose and Notice of Hearing by placing true copies of same in the United States Mail with adequate postage affixed to insure delivery, addressed to:

Jeffrey Kim Dowda
14880 Freemanville Road
Alpharetta, GA 30004

All creditors on attached matrix

I further certify that, by agreement of the parties, Melissa J. Davey, Standing Chapter 13 Trustee, was served via the ECF electronic mail/noticing system.

This the 10th day of January, 2019.    By:

_____/s/_____
Michael R. Rethinger

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-1<br>Case 19-50498-jrs<br>Northern District of Georgia<br>Atlanta<br>Thu Jan 10 15:37:17 EST 2019 | Clayton County Superior Court Clerk<br>9151 Tara Boulevard<br>Jonesboro, GA 30236-4912 | Clayton County Tax Assessor<br>121 S. McDonough Street<br>Jonesboro, GA 30236-3651 |
| Comcast<br>PO Box 530098<br>Atlanta, GA 30353-0098 | Credit Collection Serv<br>PO Box 607<br>Norwood, MA 02062-0607 | Credit Collection Service<br>PO Box 9134<br>Needham Heights, MA 02494-9134 |
| Department of Justice, Tax Division<br>Civil Trial Section, Southern Region<br>PO Box 14198, Ben Franklin Station<br>Washington, DC 20044-4198 | Jeffrey Kim Dowda<br>14880 Freemanville Road<br>Alpharetta, GA 30004-6922 | Enhanced Recovery Co L<br>8014 Bayberry Road<br>Jacksonville, FL 32256-7412 |
| Fingherhut<br>PO Box 166<br>Newark, NJ 07101-0166 | Foster, Foster & Smith, LLC<br>118 S Main Street<br>Jonesboro, GA 30236-3530 | Frost Arnett<br>PO Box 198988<br>Nashville, TN 37219-8988 |
| Georgia Auto Pawn<br>5238 Old National Highway<br>Atlanta, GA 30349-3202 | (p)GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>ARCS BANKRUPTCY<br>1800 CENTURY BLVD NE SUITE 9100<br>ATLANTA GA 30345-3202 | Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Internal Revenue Service<br>Insolvency Unit<br>401 W. Peachtree Steet, NW, Stop 334-D<br>Atlanta, GA 30308 | LVNV Funding, LLC as assignee of North Star<br>c/o Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Office of the Attorney General<br>40 Capitol Sq SW<br>Atlanta, GA 30334-9057 |
| PYOD, LLC as assignee of Arrow Financial Ser<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602-9008 | Michael R. Rethinger<br>Law Offices of Michael R. Rethinger, LLC<br>241 Mitchell Street, SW<br>Atlanta, GA 30303-3304 | Revenue System<br>2196 Main Street<br>Suite J<br>Dunedin, FL 34698-5694 |
| Storage Place<br>741 IIa Road<br>Commerce, GA 30529 | United States Attorney<br>600 Richard B. Russell Federal Building<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3315 | United States Attorney<br>Northern District of Georgia<br>75 Ted Turner Drive SW, Suite 600<br>Atlanta GA 30303-3309 |
| Nancy J. Whaley<br>Nancy J. Whaley, Standing Ch. 13 Trustee<br>303 Peachtree Center Avenue<br>Suite 120, Suntrust Garden Plaza<br>Atlanta, GA 30303-1216 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Georgia Department of Revenue<br>1800 Century Blvd<br>Suite 17200<br>Atlanta, GA 30345 | (d)Georgia Department of Revenue<br>Bankruptcy Section<br>PO Box 161108<br>Atlanta, GA 30321 | End of Label Matrix<br>Mailable recipients    24<br>Bypassed recipients     0<br>Total                  24 |