**IT IS ORDERED as set forth below:**



**Date: February 6, 2019**

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| JEFFREY KIM DOWDA, | ) | CASE NO: 19-50498-JRS |
| | ) | |
| Debtor/Movant | ) | |

### FINAL CONSENT ORDER ON MOTION TO IMPOSE STAY

This matter is before the Court on Debtor's Motion to Impose the Automatic Stay pursuant to 11 U.S.C. § 362(c)(3)(A) filed on January 10, 2019 (the "Motion" Docket Number 8).  The hearing on the Motion was scheduled for a hearing on January 29, 2019 at 10:00 am and reset due to the court closing for February 5, 2019 at 10:00 am.  The Court entered an Interim Order on the Motion on January 28, 2019 (Docket Number 17). After argument to the court, review of the record and upon consent of the undersigned parties it is hereby

ORDERED, that the stay of 11 U.S.C. § 362 shall be imposed as to all creditors, with the exception of Big South Capital, LLC and the matter pending in the Superior Court of Fulton County, State of Georgia, Civil Action File No. 2017CV291568 between Big South Capital, LLC v. J. Kim Dowda d/b/a Dowda House Movers which is hereby explicitly excepted from the stay, until further Order of the Court.

**END OF DOCUMENT**

Prepared by:

\_\_\_\_\_/s/_____
Michael R. Rethinger
Georgia Bar Number 301215
Attorney for Debtor
241 Mitchell Street, SW
Atlanta, GA  30303
michael@rethingerlaw.com


Consented to by:

\_\_\_\_\_/s/_____
Jackson E. Oliver
Georgia Bar Number 273358
Attorney for Big South Capital, LLC
Stevens, Stevens & Oliver, LLC
4167 Roswell Road
Suite A, Floor 1
Atlanta, GA 30342
joliver@lawstevens.com

No Opposition to by:

\_\_\_\_\_/s/_____
Maria Joyner
Georgia Bar Number 118350
Attorney for Chapter 13 Trustee
303 Peachtree Center Avenue

Suite 120, Suntrust Garden Plaza
Atlanta, GA 30303
mjoyner@njwtrustee.com

# DISTRIBUTION LIST

Big South Capital, LLC
c/o Jackson E. Oliver
Stevens, Stevens & Oliver, LLC
4167 Roswell Road
Suite A, Floor 1
Atlanta, GA 30342

Jeffrey Kim Dowda
14880 Freemanville Road
Alpharetta, GA 30004

Nancy J. Whaley, Chapter 13 Trustee
303 Peachtree Center Avenue
Suite 120, Suntrust Garden Plaza
Atlanta, GA 30303

Michael R. Rethinger
Law Offices of Michael R. Rethinger, LLC
241 Mitchell Street, SW
Atlanta, GA 30303

All Creditors on Attached Matrix

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-1<br>Case 19-50498-jrs<br>Northern District of Georgia<br>Atlanta<br>Wed Feb  6 13:59:51 EST 2019 | CLAYTON COUNTY TAX COMMISSIONER<br>121 S MCDONOUGH ST<br>ANNEX 3 2ND FLOOR<br>JONESBORO, GA 30236-3694 | Clayton County Superior Court Clerk<br>9151 Tara Boulevard<br>Jonesboro, GA 30236-4912 |
| Clayton County Tax Assessor<br>121 S. McDonough Street<br>Jonesboro, GA 30236-3651 | Comcast<br>PO Box 530098<br>Atlanta, GA 30353-0098 | Credit Collection Serv<br>PO Box 607<br>Norwood, MA 02062-0607 |
| Credit Collection Service<br>PO Box 9134<br>Needham Heights, MA 02494-9134 | Department of Justice, Tax Division<br>Civil Trial Section, Southern Region<br>PO Box 14198, Ben Franklin Station<br>Washington, DC 20044-4198 | Jeffrey Kim Dowda<br>14880 Freemanville Road<br>Alpharetta, GA 30004-6922 |
| Enhanced Recovery Co L<br>8014 Bayberry Road<br>Jacksonville, FL 32256-7412 | Fingherhut<br>PO Box 166<br>Newark, NJ 07101-0166 | Foster, Foster & Smith, LLC<br>118 S Main Street<br>Jonesboro, GA 30236-3530 |
| Frost Arnett<br>PO Box 198988<br>Nashville, TN 37219-8988 | Georgia Auto Pawn<br>5238 Old National Highway<br>Atlanta, GA 30349-3202 | (p)GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>ARCS BANKRUPTCY<br>1800 CENTURY BLVD NE SUITE 9100<br>ATLANTA GA 30345-3202 |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>Insolvency Unit<br>401 W. Peachtree Steet, NW, Stop 334-D<br>Atlanta, GA 30308 | Maria C. Joyner<br>Nancy J. Whaley,<br>Standing Chapter 13 Trustee<br>Suite 120<br>303 Peachtree Center Avenue<br>Atlanta, GA 30303-1286 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | LVNV Funding, LLC as assignee of North Star<br>c/o Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Office of the Attorney General<br>40 Capitol Sq SW<br>Atlanta, GA 30334-9057 |
| PYOD, LLC<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602-9008 | PYOD, LLC as assignee of Arrow Financial Ser<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602-9008 | Michael R. Rethinger<br>Law Offices of Michael R. Rethinger, LLC<br>241 Mitchell Street, SW<br>Atlanta, GA 30303-3304 |
| Revenue System<br>2196 Main Street<br>Suite J<br>Dunedin, FL 34698-5694 | Storage Place<br>741 IIa Road<br>Commerce, GA 30529 | United States Attorney<br>600 Richard B. Russell Federal Building<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3315 |
| United States Attorney<br>Northern District of Georgia<br>75 Ted Turner Drive SW, Suite 600<br>Atlanta GA 30303-3309 | Nancy J. Whaley<br>Nancy J. Whaley, Standing Ch. 13 Trustee<br>303 Peachtree Center Avenue<br>Suite 120, Suntrust Garden Plaza<br>Atlanta, GA 30303-1216 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| Georgia Department of Revenue | (d)Georgia Department of Revenue | End of Label Matrix | |
|---|---|---|---|
| 1800 Century Blvd | Bankruptcy Section | Mailable recipients | 28 |
| Suite 17200 | PO Box 161108 | Bypassed recipients | 0 |
| Atlanta, GA 30345 | Atlanta, GA 30321 | Total | 28 |