**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| **JEFFREY KIM DOWDA,** | ) | CASE NO: 19-50498-JRS |
|     Debtor. | ) | |

**RESPONSE TO CHAPTER 13 TRUSTEE'S SUPPLEMENTAL REPORT**

**COMES NOW**, **Jeffrey Kim Dowda**, the Debtor in the above-styled case and hereby move this Court to deny the Chapter 13 Trustee's Supplemental Report.

1.

On April 17, 2019 the Chapter 13 Trustee filed a Supplemental Report requesting dismissal.

2.

The Debtor provided his attorney proof of the trustee payments in the amount of $1,460.00. Debtor has provided his attorney a copy of the business packet for the trustee. Debtor has also provided copies of his Tx Returns for the last 4 calendar years to his attorney that form the basis of this supplemental report on April 17, 2019.

**WHEREFORE**, based on the foregoing facts, Debtor prays:

    (a) That the supplemental report requesting dismissal be denied;

    (b) That the Court set this matter down for a hearing and;

    (c) For such other relief the Court finds appropriate.

This the 18th day of April, 2019        By:

                                                  ____/S/_____
                                                  Michael R. Rethinger
                                                  Georgia Bar Number 301215
                                                  Attorney for Debtor

## CERTIFICATE OF SERVICE

This is to certify that**,** by agreement of the parties, Nancy J. Whaley, Standing Chapter 13 Trustee, was served via the ECF electronic mail/noticing system with the foregoing.

This the 18th day of April, 2019          By:

                                                         ____/S/_____
                                                         Michael R. Rethinger
                                                         Georgia Bar Number 301215
                                                         Attorney for Debtor

241 Mitchell Street, SW
Atlanta, GA  30303
(770) 922-0066
michael@rethingerlaw.com